AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Lt. Col. Alexander Vindman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:22-cv-00257 |
| Donald Trump Jr. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Lt. Col. Alexander Vindman                                                                                      .

Date:     02/02/2022

/s/ Rachel F. Homer
*Attorney's signature*

Rachel F. Homer Bar No. 1045077
*Printed name and bar number*

Protect Democracy Project, Inc.
2020 Pennsylvania Avenue, NW, #163
Washington, D.C. 20006

*Address*

rachel.homer@protectdemocracy.org
*E-mail address*

(202) 997-2166
*Telephone number*

(929) 777-8428
*FAX number*

Print     Save As...     Reset