## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LT. COL. ALEXANDER VINDMAN
c/o Protect Democracy Project, Inc.
2020 Pennsylvania Avenue, NW, #163
Washington, D.C. 20006

                Plaintiff,

    v.

DONALD TRUMP, JR., RUDOLPH GIULIANI,
JULIA HAHN, and DANIEL SCAVINO, JR.,

                Defendants.

Civil Action No. 1:22-cv-00257

## <u>MOTION FOR WAIVER OF LOCAL RULE 5.1(c)</u>

Plaintiff Lt. Col. Alexander Vindman hereby moves the court for a waiver of Local Rule 5.1(c), which requires that, " [t]he first filing by or on behalf of a party shall have in the caption the name and full residence address of the party." Plaintiff has listed the address of his attorneys. Plaintiff and Defendants in this case are all individuals well-known to the public and the case has already received significant media attention. In the interest of the parties' privacy, and even safety, Plaintiff asks that the court waive the requirement to include their addresses on his complaint.

Respectfully submitted,

Dated: February 4, 2022

PLAINTIFF LT. COL. ALEXANDER VINDMAN

By:  _/s/ Genevieve C. Nadeau_____

Genevieve C. Nadeau (Bar No. 979410)
PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Ste. 312
Watertown, MA 02472
P: 202-579-4582
F: 929-777-8428
genevieve.nadeau@protectdemocracy.org

Anne Tindall (Bar No. 494607)
Kristy Parker (*application for admission pending*)
Rachel Homer (Bar No. 1045077)
PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue, NW, #163
Washington, D.C. 20006
anne.tindall@protectdemocracy.org
kristy.parker@protectdemocracy.org
rachel.homer@protectdemocracy.org
P: 202-579-4582

Danielle E. Leonard (*pro hac vice motion forthcoming*)
Stacey Leyton (*pro hac vice motion forthcoming*)
Amanda C. Lynch (*pro hac vice motion forthcoming*)
ALTSHULER BERZON LLP
177 Post Street, Ste. 300
San Francisco, CA 94108
P: 415-421-7151
F: 415-362-8064
dleonard@altshulerberzon.com
sleyton@altshulerberzon.com
alynch@altshulerberzon.com