## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Lt. Col. Alexander Vindman

**Plaintiff**

Case No.: 1:22-cv-00257-JEB

vs.

Donald Trump, Jr., et al.

**Defendant(s)**

### AFFIDAVIT OF SERVICE

I, Tommy K. Williams, II, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Letter dated February 22, 2022 to Preserve Records, Summons, Civil Cover Sheet, and Complaint in the above entitled case.

That on 02/22/2022 at 3:45 PM, I personally served Donald J. Trump, Jr. at 494 Mariner Drive, Jupiter, Florida 33477 with the Letter dated February 22, 2022 to Preserve Records, Summons, Civil Cover Sheet, and Complaint.

Donald J. Trump, Jr. is described herein as:

Gender: Male   Race/Skin: White   Age: 44   Weight: 200   Height: 6'0"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

Executed On 2/22/22

Tommy K. Williams, II

STEPHANIE M. LEDBETTER
Commission # HH 147618
Expires October 30, 2025
Bonded Thru Troy Fain Insurance 800-385-7019

Client Ref Number: N/A
Job #: 1599518

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050