AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Lt. Col. Alexander Vindman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00257-JEB |
| Donald Trump Jr. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Lt. Col. Alexander Vindman   .

Date:   03/08/2022

/s/ Kristy L. Parker
*Attorney's signature*

Kristy L. Parker Bar No. 1542111
*Printed name and bar number*

Protect Democracy Project, Inc.
2020 Pennsylvania Avenue, NW, #163
Washington, D.C. 20006
*Address*

kristy.parker@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

(929) 777-8428
*FAX number*