UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LT. COL. ALEXANDER VINDMAN,<br><br>        Plaintiff,<br>   v.<br><br>DONALD TRUMP, JR., RUDOLPH GIULIANI, JULIA HAHN, and DANIEL SCAVINO, JR.,<br><br>        Defendants. | Civil Action No. 1:22-cv-00257-JEB |

## DECLARATION OF AMANDA C. LYNCH IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Amanda C. Lynch, hereby declare:

1. My name, office address, and telephone number are as follows:

Amanda C. Lynch
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151

2. I have been admitted to the following courts and bars:

| Courts/Bars | Bar No. | Date Admitted |
|---|---|---|
| State Bar of California | 318022 | 12/04/17 |
| Northern District of California | | 04/09/19 |
| Court of Appeals – Ninth Circuit | | 10/22/19 |
| Central District of California | | 06/10/20 |
| Eastern District of California | | 06/12/20 |
| Court of Appeals – Eighth Circuit | | 02/24/21 |

3. I certify that I have not been disciplined by any bar, and I am currently in good standing with all states, courts, and bars to which I am admitted.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

1

5. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 1, 2022

Respectfully submitted,

AMANDA C. LYNCH (Cal. Bar No. 318022)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
alynch@altber.com

*Counsel for Plaintiff*