UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LT. COL. ALEXANDER VINDMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONALD TRUMP, JR., RUDOLPH GIULIANI, JULIA HAHN, and DANIEL SCAVINO, JR.,<br><br>　　　　Defendants. | Civil Action No. 1:22-cv-00257-JEB |

### [PLAINTIFF'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY AMANDA C. LYNCH *PRO HAC VICE*

The Court has reviewed Plaintiff's motion for admission of attorney Amanda C. Lynch *pro hac vice*. Upon consideration of that motion, the Court GRANTS attorney Amanda C. Lynch *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　The Honorable James E. Boasberg
　　　　　　　　　　　　　　　　　　　　　　United States District Judge