AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Lt Col. Alexander Vindman ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-00257-JEB |
| Donald Trump, Jr. et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lt Col. Alexander Vindman, Plaintiff                                                                                     .

Date:   04/05/2022

/s/ Stacey M. Leyton
*Attorney's signature*

Stacey M. Leyton (CA SBN 203827)
*Printed name and bar number*
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108

*Address*

sleyton@altber.com
*E-mail address*

(415) 421-7151 ext. 304
*Telephone number*

(415) 362-8064
*FAX number*