AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Lt. Col. Alexander Vindman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00257-JEB |
| Donald Trump, Jr. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lt. Col. Alexander Vindman, Plaintiff.

Date: 04/05/22

s/ Amanda C. Lynch
*Attorney's signature*

Amanda C. Lynch (SBN 318022)
*Printed name and bar number*
Altshuler Berzon LLP
177 Post St Suite 300
San Francisco, CA 94108

*Address*

alynch@altber.com
*E-mail address*

415-421-7151
*Telephone number*

415-362-8064
*FAX number*

Print    Save As...    Reset