UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LT. COL. ALEXANDER VINDMAN<br>c/o Protect Democracy Project, Inc.<br>2020 Pennsylvania Avenue, NW, #163<br>Washington, D.C. 20006<br><br>                Plaintiff,<br><br>   v.<br><br>DONALD TRUMP, JR., RUDOLPH GIULIANI,<br>JULIA HAHN, and DANIEL SCAVINO, JR.,<br><br>                Defendants. | Civil Action No. 1:22-cv-00257-JEB |

**JOINT MOTION FOR CONSOLIDATED BRIEFING SCHEDULE**

Plaintiff Lt. Col. Alexander Vindman and Defendants Donald Trump, Jr., Rudolph Giuliani, and Daniel Scavino hereby move the Court for a consolidated briefing schedule for Defendants' responses to the complaint in this matter, as follows:

- Defendants' responses to the complaint shall be filed no later than May 31, 2022.
- To the extent applicable, Plaintiff's opposition to any motion(s) filed by Defendants shall be filed no later than July 29, 2022. Plaintiff shall have the option of filing a consolidated opposition brief if he so chooses.
- Defendants' replies in support of their motion(s), if any, shall be filed no later than August 29, 2022.

This proposed schedule ensures that all of the Defendants—including Defendant Julia Hahn, who has informed Plaintiff's counsel that she is still in the process of retaining her own

counsel—will have had at least 60 days to respond to the complaint. It also promotes the efficient administration of this stage of the case by ensuring that any briefing on Defendants' responses will be presented to the Court in a coordinated fashion.

Respectfully submitted,

Dated: April 12, 2022

PLAINTIFF LT. COL. ALEXANDER VINDMAN

By: /s/ Genevieve C. Nadeau

Genevieve C. Nadeau (Bar No. 979410)
PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Ste. 312
Watertown, MA 02472
P: 202-579-4582
F: 929-777-8428
genevieve.nadeau@protectdemocracy.org

Anne Tindall (Bar No. 494607)
Kristy Parker (Bar No. 1542111)
Rachel F. Homer (Bar No. 1045077)
PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue, NW, #163
Washington, D.C. 20006
anne.tindall@protectdemocracy.org
kristy.parker@protectdemocracy.org
rachel.homer@protectdemocracy.org
P: 202-579-4582

Danielle E. Leonard (*pro hac vice motion forthcoming*)
Stacey Leyton (*pro hac vice*)
Amanda C. Lynch (*pro hac vice*)
ALTSHULER BERZON LLP
177 Post Street, Ste. 300
San Francisco, CA 94108
P: 415-421-7151
F: 415-362-8064
dleonard@altshulerberzon.com
sleyton@altshulerberzon.com
alynch@altshulerberzon.com

DEFENDANT DONALD TRUMP, JR.

By: _/s/ Karin Sweigart_

Karin Sweigart (Bar No. CA00145)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
P: 415-433-1700
F: 415-520-6593
KSweigart@dhillonlaw.com


DEFENDANT DANIEL SCAVINO, JR.

By: _/s/ Karin Sweigart_

Karin Sweigart (Bar No. CA00145)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
P: 415-433-1700
F: 415-520-6593
KSweigart@dhillonlaw.com

DEFENDANT RUDOLPH GIULIANI

By: _/s/ Joseph Sibley_

Joseph Sibley (Bar No. TX0202)
CAMARA & SIBLEY LLP
108 Lavaca Street, Ste. 110263
Austin, TX 78701
P: 713-966-6789
F: 713-583-1131
sibley@camarasibley.com

3

**CERTIFICATE OF SERVICE**

I certify that on this 12th day of April, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties. In addition, I served the foregoing as follows:

Defendant Donald Trump, Jr.
Karin Sweigart, Esq.
Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, CA 94108
*Via email to KSweigart@dhillonlaw.com with her consent.*

Defendant Daniel Scavino
Karin Sweigart, Esq.
Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, CA 94108
*Via email to KSweigart@dhillonlaw.com with her consent.*

Defendant Rudolph Giuliani
Joseph Sibley, Esq.
Camara & Sibley LLP
1108 Lavaca Street, Ste. 110263
Austin, TX 78701
*Via email to sibley@camarasibley.com with his consent.*

Defendant Julia Hahn
Julia Hahn
Russell Senate Office Building (SR-248)
2 Constitution Avenue NE, Washington, D.C. 20510
*Via email to julia_hahn@hagerty.senate.gov.*

Respectfully submitted,

  */s/ Genevieve C. Nadeau*