UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LT. COL. ALEXANDER VINDMAN<br><br>Plaintiff,<br><br>v.<br><br>DONALD TRUMP, JR., RUDOLPH GIULIANI, JULIA HAHN, and DANIEL SCAVINO, JR.,<br><br>Defendants. | Civil Action No. 1:22-cv-00257-JEB |

## MOTION TO DISMISS

Pursuant to FED. R. CIV. P. 12(b)(6), Defendant Rudolph Giuliani hereby files his Motion to Dismiss Plaintiffs' Complaint [Doc. 1].

Arguments in support of this Motion are set forth in the accompanying Memorandum of Points and Authorities filed herewith.

Defendant respectfully prays that the Court grant this Motion, in accordance with the proposed order included herewith.

Date: May 31, 20212

                                        Respectfully submitted,

                                        By: */s/ Joseph D. Sibley IV*

                                          CAMARA & SIBLEY L.L.P.

                                          Joseph D. Sibley IV
                                          DC Bar ID: TX0202
                                          1108 Lavaca St.
                                          Suite 110263
                                          Austin, TX 78701

Telephone: (713) 966-6789
Fax: (713) 583-1131
Email: sibley@camarasibley.com

**ATTORNEYS FOR RUDOLPH GIULIANI**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31ST day of May, 2022, I electronically filed the foregoing motion—together with the accompanying proposed order and memorandum of law—with the Clerk of the Court using the CM/ECF system, which I understand to have caused service on all counsel of record.

*/s/ Joseph D. Sibley IV*
Joseph D. Sibley I