UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LT. COL. ALEXANDER VINDMAN<br>c/o Protect Democracy Project, Inc.<br>2020 Pennsylvania Avenue, NW, #163<br>Washington, D.C. 20006<br><br>                Plaintiff,<br><br>   v.<br><br>DONALD TRUMP, JR., RUDOLPH GIULIANI,<br>JULIA HAHN, and DANIEL SCAVINO, JR.,<br><br>               Defendants. | Civil Action No. 1:22-cv-00257-JEB |

**MOTION TO FILE CONSOLIDATED RESPONSE AND REQUEST FOR ENLARGEMENT OF THE PAGE LIMIT**

Plaintiff Lt. Col. Alexander Vindman hereby moves the court for permission to file a consolidated response to defendants' motions to dismiss and requests an enlargement of the page limit to 75 pages. Defendants have filed three separate motions to dismiss. ECF Nos. 20, 25, 26. These motions contain multiple overlapping arguments as well as arguments unique to each defendant. In the interest of efficiency, plaintiff seeks to respond to all of the motions in the same brief. Plaintiff also requests 30 additional pages—enlarging the total page limit to 75 pages—to address the individual arguments defendants raise. This amounts to 10 additional pages for each motion to dismiss and 60 total pages fewer than the limit for three separate responses. Defendants do not oppose this motion.

1

Respectfully submitted,

Dated: July 1, 2022                PLAINTIFF LT. COL. ALEXANDER VINDMAN

By: _/s/ Genevieve C. Nadeau_

Genevieve C. Nadeau (Bar No. 979410)
PROTECT DEMOCRACY PROJECT, INC.
15 Main Street, Ste. 312
Watertown, MA 02472
P: 202-579-4582
F: 929-777-8428
genevieve.nadeau@protectdemocracy.org

Kristy Parker (Bar No. 1542111)
Rachel F. Homer (Bar No. 1045077)
PROTECT DEMOCRACY PROJECT, INC.
2020 Pennsylvania Avenue, NW, #163
Washington, D.C. 20006
kristy.parker@protectdemocracy.org
rachel.homer@protectdemocracy.org
P: 202-579-4582

Stacey Leyton (*pro hac vice*)
Amanda C. Lynch (*pro hac vice*)
ALTSHULER BERZON LLP
177 Post Street, Ste. 300
San Francisco, CA 94108
P: 415-421-7151
F: 415-362-8064
sleyton@altshulerberzon.com
alynch@altshulerberzon.com

## **CERTIFICATE OF SERVICE**

I certify that on this 1st day of July, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

Respectfully submitted,

*/s/ Genevieve C. Nadeau*