UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LT. COL. ALEXANDER VINDMAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>DONALD TRUMP, JR., RUDOLPH GIULIANI, JULIA HAHN, and DANIEL SCAVINO, JR.,<br><br>                    Defendants. | Civil Action No. 1:22-cv-00257-JEB |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS**

Upon consideration of Defendants' motions to dismiss and memoranda in support thereof, Plaintiff's consolidated opposition, any reply and sur reply thereto, and any oral argument, and accepting as true the well-pleaded facts in the complaint and drawing all reasonable inferences in favor of Plaintiff in accordance with Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), it is hereby ORDERED that the motions to dismiss are DENIED.

**SO ORDERED**.

Dated: _____, 2022          _____
                                                                           United States District Judge