IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LT. COL. ALEXANDER VINDMAN,<br><br>    Plaintiff,<br>  v.<br><br>DONALD TRUMP, JR., RUDOLPH GIULIANI,<br>JULIA HAHN, and DANIEL SCAVINO, JR.,<br><br>    Defendants. | Civil Action No. 1:22-cv-00257-JEB |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Plaintiff moves for an order allowing admission of attorney Juhyung Harold Lee to appear *pro hac vice* in the above-entitled action. This motion is supported by the declaration of Juhyung Harold Lee, filed herewith. As set forth in Mr. Lee's declaration, he is admitted and an active member in good standing of the following courts and bars: California State Bar, U.S. District Court – Central District of California, U.S. Court of Appeals – Ninth Circuit, U.S. District Court – Eastern District of California, and U.S. District Court – Northern District of California, and otherwise satisfies the requirements of the Local Rules for such admission.  This motion is supported and signed by Genevieve C. Nadeau, an active and sponsoring member of the Bar of this Court.

Date: August 1, 2022                        Respectfully submitted,

/s/ *Genevieve C. Nadeau*

Genevieve C. Nadeau (Bar No. 979410)
PROTECT DEMOCRACY PROJECT
15 Main Street, Ste. 312
Watertown, MA 02472
P: 202-579-4582
F: 929-777-8428
genevieve.nadeau@protectdemocracy.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I certify that on this 1st day of August, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

      Respectfully submitted,

      /s/ *Genevieve C. Nadeau*

      *Counsel for Plaintiff*