AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Lt. Col. Alexander Vindman ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-00257-JEB |
| Donald Trump, Jr. et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lt. Col. Alexander Vindman, Plaintiff                                                                                     .

Date:  08/03/2022

/s/ Juhyung Harold Lee
*Attorney's signature*

Juhyung Harold Lee (SBN 315738)
*Printed name and bar number*

Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
*Address*

hlee@altshulerberzon.com
*E-mail address*

(415) 421-7151
*Telephone number*

(415) 362-8064
*FAX number*

Print       Save As...                                                                Reset