AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Lt. Col. Alexander Vindman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00257-JEB |
| Donald Trump, Jr., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Courts Law Professors .

Date: 08/09/2022

/s/ David S. Louk
*Attorney's signature*

David S. Louk (CA Bar No. 304654)
*Printed name and bar number*

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
*Address*

dlouk@cooley.com
*E-mail address*

(415) 693-2000
*Telephone number*

(415) 693-2222
*FAX number*