AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Lt. Col. Alexander Vindman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:22-cv-00257-JEB |
| Donald Trump, Jr., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Courts Law Professors                                                                                                .

Date:       08/09/2022

/s/ Caroline A. Lebel
*Attorney's signature*

Caroline A. Lebel (CA Bar No. 340067)
*Printed name and bar number*

3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
*Address*

clebel@cooley.com
*E-mail address*

(415) 693-2000
*Telephone number*

(415) 693-2222
*FAX number*