UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LT. COL. ALEXANDER VINDMAN,<br><br>　Plaintiff,<br><br>　v.<br><br>DONALD TRUMP, JR., RUDOLPH GIULIANI, JULIA HAHN, and DANIEL SCAVINO, JR.,<br><br>　Defendants. | Civil Action No. 22-257 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendants Trump, Jr. and Scavino, Jr.'s [20] Motion to Dismiss, Defendant Giuliani's [25] Motion to Dismiss, and Defendant Hahn's [26] Motion to Dismiss are GRANTED; and

2. The case is DISMISSED WITHOUR PREJUDICE.

　　　　　　　　　　　　　　　　　　　　/s/ *James E. Boasberg*
　　　　　　　　　　　　　　　　　　　　JAMES E. BOASBERG
　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:  November 8, 2022

1